In the Matter of ADIRONDACK HEALTH-UIHLEIN LIVING CENTER et al., Appellants, v NIRAV R. SHAH, M.D., Commissioner of Health, State of New York, et al., Respondents.

Decided February 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge FAHEY taking no part.

AETNA HEALTH PLANS, as Assignee of Luz Herrera, Appellant, v HANOVER INSURANCE COMPANY, Respondent.

Decided February 23, 2016

Reargument ordered and case set down for argument during a future session of this Court.

Concur: Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY. Taking no part: Chief Judge DIFIORE and Judge GARCIA.

AGENCIES FOR CHILDREN'S THERAPY SERVICES, INC., Appellant, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted February 1, 2016; decided February 23, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.